JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-00156-RSM |
| Plaintiff, | [PROPOSED] ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL |
| vs. | |
| KAITLYNN WELLS, | |
| Defendant. | |

THE COURT having considered the motion to file defendant's Sentencing Memorandum under seal for referring to information which is not in the public domain, the Court hereby makes the following findings:

That based upon the reasons set forth in defense counsel's motion to file under seal:

IT IS THEREFORE ORDERED that defendant Kaitlynn Wells is hereby given leave to file her Sentencing Memorandum under seal.

DONE this 17 day of August, 2022.

DISTRICT JUDGE RICARDO S. MARTINEZ

[PROPOSED] ORDER ON MOTION
TO FILE DEFENDANT'S SENTENCING
MEMORANDUM UNDER SEAL

LAW OFFICE OF TIMOTHY LOHRAFF, P.S.
5005 51st Avenue S.
Seattle, WA 98118
(206) 940-6523
Lohrafflaw@gmail.com

Presented by:

*s/Timothy R. Lohraff*
  Bar No. 32145
  Attorney for Kaitlynn Wells
5005 51st Avenue S.
Seattle, WA 98118
206/940-6523
Lohrafflaw@gmail.com

[PROPOSED] ORDER ON MOTION
TO FILE DEFENDANT'S SENTENCING
MEMORANDUM UNDER SEAL

LAW OFFICE OF TIMOTHY LOHRAFF, P.S.
5005 51st Avenue S.
Seattle, WA 98118
(206) 940-6523
Lohrafflaw@gmail.com